UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BOARDS OF TRUSTEES OF OHIO
LABORERS' FRINGE BENEFIT
PROGRAMS,

      Plaintiffs,

v.

SOLID ROCK CONSTRUCTION
SOLUTIONS, LLC,

      Defendant.

Case No. 2:15-cv-2399
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

This is an action for unpaid fringe benefit contributions, liquidated damages, and interest allegedly owed certain employee benefits plans pursuant to a collective bargaining agreement. *See* 29 U.S.C. § 1132; 29 U.S.C. § 185. On September 30, 2015, the United States Magistrate Judge recommended that Plaintiffs' Motion for Default Judgment [ECF No. 10] be granted. (Report & Recommendation [ECF No. 11].) There has been no objection to the recommendation.

Accordingly, the Report and Recommendation [ECF No. 11] is **ADOPTED AND AFFIRMED**, and Plaintiffs' Motion for Default Judgment [ECF No. 10] is **GRANTED**.

Plaintiffs are **AWARDED** default judgment against Defendant Solid Rock Construction Solutions, LLC, in the amount of $26,618.22, for unpaid fringe benefit contributions for the period of May 2015 through August 2015, prejudgment interest, and liquidated damages, and a reasonable attorney's fee in the amount of $3,315.00, plus interest from the date of judgment at the rate of one percent (1%) per month.


IT IS SO ORDERED.

10-26-2015
DATE

*[signature]*
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE